PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE--NOTICE OF DEATH**

FILED

JUN 10 2005



UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | |
| Mona DUNN | Docket Number: 2:03CR00354-01 |

On August 19, 2004, the above-named was placed on a term of probation for a period of 36 months. This office was notified by USPO Peter Nover of the Southern District of California that Mona Dunn had passed away on September 16, 2004 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

Wendy E. Reyes
United States Probation Officer

Reviewed by:

Karen A. Meusling
Supervising United States Probation Officer

---

### ORDER OF COURT

It is ordered that the proceedings in the case be terminated and the case closed.

Dated this 9 day of June, 2008.

David F. Levi
DAVID F. LEVI
Chief United States District Judge

**Attachment**
cc:    Assistant United States Attorney
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

Rev. 12/2004
PROB35A.MRG

Westlaw.

**DEATH RECORD**

| | |
|---|---|
| Information Current Through: | 05/20/2005 |
| Database Last Updated: | 05/21/2005 |
| Updated Frequency: | Weekly |
| Current Date: | 05/24/2005 |
| Source: | Social Security Administration Death Index |
| Name: | MONA J DUNN |
| SSN: | 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 |
| State Where SSN Issued: | OHIO |
| Date of Birth: | 10/19/1935 |
| Date of Death: | 09/16/2004 |
| Age at Death: | 68 |
| Verification of Death: | (P) Proof of Death Certificate Observed |
| Last Residence: | SAN DIEGO, CA 92113 |

TO ORDER ORIGINAL FILINGS OR OTHER RELATED DOCUMENTS,
CALL WEST DOCUMENT RETRIEVAL AT 1-877-DOC-RETR (1-877-362-7387).
ADDITIONAL CHARGES APPLY.

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.